■ FRANK DEL TORTO, Respondent, v. JEAN BOLLETTIERI, Individually and as Executrix of ANGELO R. BOLLETTIERI, Deceased, Appellant.—

524

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.